# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  DIAZ, CARMEN H.                §   Case No. 08-16751
        JOSE MARCANO                   §
                                       §
Debtor(s)                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $253,450.00            Assets Exempt:  $55,350.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $28,082.90    Claims Discharged
                                               Without Payment: $108,176.02

Total Expenses of Administration: $39,917.89

---

  3) Total gross receipts of $    83,000.79   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    15,000.00   (see **Exhibit 2**), yielded net receipts of $68,000.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $204,078.41 | $2,526.06 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 3,887.91 | 39,917.89 | 39,917.89 | 39,917.89 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 23,620.06 | 23,620.06 | 23,620.06 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 72,872.00 | 68,719.86 | 68,719.86 | 4,462.84 |
| **TOTAL DISBURSEMENTS** | $280,838.32 | $134,783.87 | $132,257.81 | $68,000.79 |

 4) This case was originally filed under Chapter 7 on June 29, 2008. The case was pending for 32 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2011            By: /s/CHARLES J. MYLER
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim Larry Crisanti Attorney at | 1142-000 | 83,000.00 |
| Interest Income | 1270-000 | 0.79 |
| **TOTAL GROSS RECEIPTS** | | **$83,000.79** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Carmen Diaz | Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | 3,714.00 | 2,526.06 | 0.00 | 0.00 |
| NOTFILED | Washington Mutual Home | 4110-000 | 85,564.41 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Mortgage | 4110-000 | 114,800.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$204,078.41** | **$2,526.06** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 6,650.04 | 6,650.04 | 6,650.04 |
| Charles J. Myler | 2200-000 | N/A | 47.91 | 47.91 | 47.91 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Myler, Ruddy & McTavish | 3110-000 | | N/A | 3,840.00 | 3,840.00 | 3,840.00 |
| Crisanti & Young | 3210-600 | | N/A | 27,666.67 | 27,666.67 | 27,666.67 |
| Crisanti & Young | 3420-590 | | N/A | 1,713.27 | 1,713.27 | 1,713.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 39,917.89 | 39,917.89 | 39,917.89 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Spine & Surgery | 5910-000 | N/A | 22,543.59 | 22,543.59 | 22,543.59 |
| | Ingenix | 5910-000 | N/A | 1,076.47 | 1,076.47 | 1,076.47 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 23,620.06 | 23,620.06 | 23,620.06 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 5,981.32 | 5,981.32 | 388.44 |
| 3 | Discover Bank/DFS Services LLC | 7100-000 | 11,907.00 | 6,924.39 | 6,924.39 | 449.69 |
| 4 | Capital Recovery II | 7100-000 | N/A | 7,235.49 | 7,235.49 | 469.89 |
| 5 -2 | Chase Bank USA, NA | 7100-000 | 6,183.00 | 6,537.27 | 6,537.27 | 424.55 |
| 6 -2 | Chase Bank USA, NA | 7100-000 | 4,930.00 | 6,972.30 | 6,972.30 | 452.80 |
| 7 | Capital Recovery II | 7100-000 | N/A | 15,401.08 | 15,401.08 | 1,000.18 |
| 8 | Capital Recovery II | 7100-000 | N/A | 1,937.56 | 1,937.56 | 125.83 |
| 9 | FIA Card Services, N.A. | 7100-000 | N/A | 3,479.90 | 3,479.90 | 225.99 |
| 10 | Chase Bank USA, NA | 7100-000 | 5,933.00 | 5,418.94 | 5,418.94 | 351.92 |
| 11 | eCAST Settlement Corporation | 7100-000 | N/A | 8,831.61 | 8,831.61 | 573.55 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Lowes / MBGA | 7100-000 | 1,799.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC / Best Buy | 7100-000 | 2,427.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC / Best Buy | 7100-000 | 992.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/harlem Furniture | 7100-000 | 3,873.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/ge Money Loc | 7100-000 | 15,362.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail S | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/care Credit | 7100-000 | 7,294.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial / Household Finance | 7100-000 | 8,171.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 3,376.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 72,872.00 | 68,719.86 | 68,719.86 | 4,462.84 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-16751
**Case Name:** DIAZ, CARMEN H.
JOSE MARCANO
**Period Ending:** 03/14/11

**Trustee:**  (330510)   CHARLES J. MYLER
**Filed (f) or Converted (c):** 06/29/08 (f)
**§341(a) Meeting Date:** 07/21/08
**Claims Bar Date:** 10/22/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single family home 1036 Willow Bay, Elgin, IL 60 | 215,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account Washington Mutual Bank St. Char | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account Chase Bank Elgin, Illinois | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account Washington Mutual Elgin, Illino | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account Kane County Teachers Credit Unio | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous household furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Security Financial 401K Plan | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | School District U-46 403(b) Plan | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | IMRF Pension Funds | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Personal injury claim Larry Crisanti Attorney at | Unknown | Unknown | | 83,000.00 | FA |
| 12 | 1997 Ford Winstar - 167,000 miles | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2003 Lincoln LS - 63,000 miles | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2004 BMW Series 325i Sedan - 74,000 miles | 11,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.79 | FA |
| 15 | Assets    Totals (Excluding unknown values) | **$253,450.00** | **$0.00** | | **$83,000.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

Distribution made 12/27/10

**Initial Projected Date Of Final Report (TFR):**    December 31, 2008     **Current Projected Date Of Final Report (TFR):**    November 17, 2010  (Actual)

Printed: 03/14/2011 11:03 AM     V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-16751  
**Case Name:** DIAZ, CARMEN H.  
JOSE MARCANO  
**Taxpayer ID #:** **-***1426  
**Period Ending:** 03/14/11

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/02/10 | {11} | Allstate | Settlement proceeds less Allstate setoff | 1142-000 | 83,666.67 | | 83,666.67 |
| 07/02/10 | {11} | Allstate | Reversed Deposit 100001 1  Settlement proceeds less Allstate setoff | 1142-000 | -83,666.67 | | 0.00 |
| 07/20/10 | {11} | Allstate | PI Case settlement proceeds | 1142-000 | 83,000.00 | | 83,000.00 |
| 07/26/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.79 | | 83,000.79 |
| 07/26/10 | | To Account #9200******3166 | Transfer to checking to distribute special counsel fees and expenses | 9999-000 | | 83,000.79 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 83,000.79 | 83,000.79 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 83,000.79 | |
| | | | **Subtotal** | | 83,000.79 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$83,000.79** | **$0.00** | |

{} Asset reference(s)

Printed: 03/14/2011 11:03 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-16751  
**Case Name:** DIAZ, CARMEN H.  
JOSE MARCANO  
**Taxpayer ID #:** **-***1426  
**Period Ending:** 03/14/11

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/10 | | From Account #9200******3165 | Transfer to checking to distribute special counsel fees and expenses | 9999-000 | 83,000.79 | | 83,000.79 |
| 07/26/10 | 101 | Crisanti & Young | Special counsel fees | 3210-600 | | 27,666.67 | 55,334.12 |
| 07/26/10 | 102 | Crisanti & Young | Special counsel expenses | 3420-590 | | 1,713.27 | 53,620.85 |
| 07/26/10 | 103 | Northwest Spine & Surgery | Medical lien | 5910-000 | | 22,543.59 | 31,077.26 |
| 07/26/10 | 104 | Ingenix | Medical lien | 5910-000 | | 1,076.47 | 30,000.79 |
| 07/26/10 | 105 | Carmen Diaz | Exemption | 8100-002 | | 15,000.00 | 15,000.79 |
| 12/27/10 | 106 | CHARLES J. MYLER | Dividend paid 100.00% on $6,650.04, Trustee Compensation;  Reference: | 2100-000 | | 6,650.04 | 8,350.75 |
| 12/27/10 | 107 | Charles J. Myler | Dividend paid 100.00% on $47.91, Trustee Expenses;  Reference: | 2200-000 | | 47.91 | 8,302.84 |
| 12/27/10 | 108 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $3,840.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,840.00 | 4,462.84 |
| 12/27/10 | 109 | Discover Bank/DFS Services LLC | Dividend paid   6.49% on $5,981.32; Claim# 2; Filed: $5,981.32; Reference: | 7100-000 | | 388.44 | 4,074.40 |
| 12/27/10 | 110 | Discover Bank/DFS Services LLC | Dividend paid   6.49% on $6,924.39; Claim# 3; Filed: $6,924.39; Reference: XXXXXXXX6935 | 7100-000 | | 449.69 | 3,624.71 |
| 12/27/10 | 111 | Capital Recovery II | Dividend paid   6.49% on $7,235.49; Claim# 4; Filed: $7,235.49; Reference: | 7100-000 | | 469.89 | 3,154.82 |
| 12/27/10 | 112 | Chase Bank USA, NA | Dividend paid   6.49% on $6,537.27; Claim# 5 -2; Filed: $6,537.27; Reference: XXXXXXXX1785 | 7100-000 | | 424.55 | 2,730.27 |
| 12/27/10 | 113 | Chase Bank USA, NA | Dividend paid   6.49% on $6,972.30; Claim# 6 -2; Filed: $6,972.30; Reference: XXXXXXXX6117 | 7100-000 | | 452.80 | 2,277.47 |
| 12/27/10 | 114 | Capital Recovery II | Dividend paid   6.49% on $15,401.08; Claim# 7; Filed: $15,401.08; Reference: | 7100-000 | | 1,000.18 | 1,277.29 |
| 12/27/10 | 115 | Capital Recovery II | Dividend paid   6.49% on $1,937.56; Claim# 8; Filed: $1,937.56; Reference: | 7100-000 | | 125.83 | 1,151.46 |
| 12/27/10 | 116 | FIA Card Services, N.A. | Dividend paid   6.49% on $3,479.90; Claim# 9; Filed: $3,479.90; Reference: | 7100-000 | | 225.99 | 925.47 |
| 12/27/10 | 117 | Chase Bank USA, NA | Dividend paid   6.49% on $5,418.94; Claim# 10; Filed: $5,418.94; Reference: XXXXXXXX0203 | 7100-000 | | 351.92 | 573.55 |
| 12/27/10 | 118 | eCAST Settlement Corporation | Dividend paid   6.49% on $8,831.61; Claim# 11; Filed: $8,831.61; Reference: | 7100-000 | | 573.55 | 0.00 |

Subtotals :         $83,000.79         $83,000.79

{} Asset reference(s)

Printed: 03/14/2011 11:03 AM     V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-16751  
**Case Name:** DIAZ, CARMEN H.  
JOSE MARCANO  
**Taxpayer ID #:** **-***1426  
**Period Ending:** 03/14/11

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **83,000.79** | **83,000.79** | **$0.00** |
| | | | Less: Bank Transfers | | 83,000.79 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **83,000.79** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$68,000.79** | |

```
     Net Receipts :         83,000.79
Less Payments to Debtor :   15,000.00
                          _____
     Net Estate :         $68,000.79
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******31-65** | 83,000.79 | 0.00 | 0.00 |
| **Checking # 9200-******31-66** | 0.00 | 68,000.79 | 0.00 |
| | **$83,000.79** | **$68,000.79** | **$0.00** |

{} Asset reference(s) Printed: 03/14/2011 11:03 AM  V.12.56